435 A.2d 932

In re Estate of Carl Peterson, an incompetent.

Appeal of William Gealy.

Petition for Allowance of Appeal Denied Dec. 18, 1981.

586

Argued April 30, 1981.
Lloyd H. Fuge, for appellant; Eric C. Rome, for appellee.
Before CERCONE, P. J., and BROSKY and HOFFMAN, JJ.

Order affirmed.